# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------x   **SUMMONS**

**Index Number**

NEW YORK COUNTY CLERK'S OFFICE
JUN 22 2022
NOT COMPARED WITH COPY FILE

**ANTHONY IZUOGU**   Plaintiff(s)

100625/2022

-against-

Date Index Number Purchased

JUNE 22   20 22

**ARAMARK FOOD SERVICES**   Defendant(s)

----------------------------------------------------------x

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: June 22   20 22   _____
[sign your name]

ANTHONY IZUOGU

**[print your name]**

___

**[your address and telephone number]**

805 NEW YORK AVENUE

APT. E-5, UNION CITY

NJ, 07087

___

| [name and address of defendant(s)] | [name and address of defendant(s)] |
|---|---|
| ARAMARK FOOD SERVICES | 2400 MARKET St. PHILADELPHIA, PENNSYLVANIA PA, 19103, USA |

Venue: Plaintiff designates New York County as the place of trial. The basis of this designation is:

☐ Plaintiff(s) residence in New York County

☐ Defendant(s) residence in New York County

☒ Other  PLACE OF CAUSE OF ACTION

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------x

ANTHONY IZUOGU,          Plaintiff,          Index No. 100625/2022

    -against-

ARAMARK FOOD SERVICES,    Defendant

-------------------------------------------------------x

NEW YORK COUNTY CLERK'S OFFICE
JUN 22 2022
NOT COMPARED WITH COPY FILED

TO THE SUPREME COURT OF THE STATE OF NEW YORK.

The complaint of the plaintiff, Anthony Izuogu, respectfully shows and alleges as follows:

1. The plaintiff herein, Anthony Izuogu, is a resident of the State of New Jersey. Mr. Anthony Izuogu resides at 805 New York Avenue, Union City, New Jersey.

2. The defendant herein, Aramark Food Services, has corporate headquarters at 2400 Market Street, Philadelphia, Pennsylvania, and multiple places of business in New York, including 1301 6th Avenue, New York City, 10019, wherein the cause of action occurred.

3. Plaintiff Anthony Izuogu was hired on December 9, 2020 at the instance of Credit Agricole Corporate and Investment Bank by the defendant to work at Credit

Agricole CIB, New York. Whereas the initial designation was "Catering Coordinator", subsequent documentation designated the plaintiff as "Event Coordinator".

4. The defendant identifies as a vendor or independent contractor to Credit Agricole CIB at the said address, which happens to be the primary place of business of Credit Agricole CIB.

5. Whereas the defendant purports to be the actual employer of the plaintiff, the degree and manner of direct control Credit Agricole CIB was allowed to exert over the plaintiff's work was inconsistent with regulatory guidelines relating to the definition and treatment of an independent contractor.

6. The defendant deliberately created the aforementioned uncertainty (in paragraph 5 above) to misclassify the plaintiff for the purposes of shortchanging and exploiting the plaintiff.

7. The plaintiff, over a period of several months, and to the knowledge of the defendant, was subjected to various forms of abuse including harassment and labor exploitation, which all created a hostile work environment.

8. The defendant, despite several instances and complaints of harassment, labor exploitation and hostile work environment, failed to take timely and sufficient

actions to effectively stop the offending acts; the defendant was only interested in protecting its business interests based on the commercial relationship it has with Credit Agricole CIB, at the expense of the plaintiff's wellbeing and rights, in flagrant violation of duty of care the defendant owed the plaintiff.

9. The defendant subjected the plaintiff to constructive dismissal by willfully and negligently creating a hostile work environment for the plaintiff; hence the plaintiff was forced to notify defendant of intention to resign.

10. On May 15, 2022, the plaintiff, due to the continuing adverse emotional, health and psychological consequences of the said offending acts, asked the defendant to take definite remedial actions to enable the plaintiff to continue work at the said location.

11. On May 16, 2022, the defendant, in connivance with Credit Agricole CIB, physically prevented the plaintiff from continuing work at the said location. The defendant claimed that there was a plan to re-deploy the plaintiff to a different work location.

12. However, the defendant, upon becoming aware that the plaintiff filed formal complaints of illegal discrimination and harassment with relevant government agencies against Credit Agricole CIB, and that the plaintiff was preparing to bring legal action, withdrew the plaintiff's employment benefits in an act of illegal

retaliation.

13. When the plaintiff applied for Unemployment Insurance payment from New York State Department of Labor, the defendant, acting with malice, and in continuation of intent to cause financial and economic damage to the plaintiff, misrepresented facts to the Department of Labor for the purpose of contesting the plaintiff's eligibility for unemployment benefits.

14. The actions of the defendant have caused the plaintiff substantial harm in the forms of stress, anxiety, health problems, and financial hardship, including frustrating plaintiff's mortgage application.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of $700,000, plus interest from May 16, 2022, costs and disbursements, together with any other relief the Court finds to be just and proper.

Dated: June 22, 2022

[sign name]

ANTHONY IZUOGU

805 NEW YORK AVENUE
APARTMENT E-5
UNION CITY
07087, NEW JERSEY